IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS						November 8, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MARIA ZUKOWSKI

vs							CIVIL 98-2211CCC

ST. LUKE HOME CARE PROGRAM, et al

By order of the Court, the Motion Requesting Extension of Time to Answer (**docket entry 21**) is GRANTED as **final.** Extension will expire on December 13, 1999. Parties to be notified.

*rml* - Secretary