IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                               January 25, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


MARIA ZUKOWSKI

vs                                                   CIVIL 98-2211CCC

ST. LUKES HOME CARE PROGRAM;
INSURANCE COMPANY ABC


By order of the Court the Motions to Compel Discovery filed by defendant St. Lukes Home Care Program (**docket entries 24 and 25**) are GRANTED. Parties to be notified.


                                            /s/ - Secretary

