IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                            January 25, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MARIA ZUKOWSKI

vs                                                CIVIL 98-2211CCC

ST. LUKES HOME CARE PROGRAM;
INSURANCE COMPANY ABC

By order of the Court, having considered the Joint Motion Requesting Extension of Initial Scheduling Order Deadlines (**docket entry 26**), the same is GRANTED. Accordingly, the Initial Scheduling and Case Management Order (**docket entry 17**) is AMENDED as follows: the parties are GRANTED until January 31, 2000 to conduct discovery and the **pretrial conference set for March 23, 2000 is VACATED**. Parties to be notified.

/s/ - Secretary

C.Dpty
2

