IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS					April 7, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


MARIA ZUKOWSKI

vs							CIVIL 98-2211CCC

ST. LUKES HOME CARE
PROGRAM, et al


By order of the Court, the **pretrial conference is hereby reset for May 23, 2000 at 4:45 PM. The June 14, 2000 jury trial remains in effect.** Parties to be notified.

					- Secretary