IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                     May 11, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MARIA ZUKOWSKI

vs                                          CIVIL 98-2211CCC

ST. LUKES HOME CARE PROGRAM, et al

By order of the Court, the Joint Motion Requesting Re-scheduling of Pretrial Conference and Jury Trial (**docket entry 30**) is GRANTED; the **pretrial conference is reset for October 5, 2000 at 4:45 PM.** The jury trial will re set at the pretrial conference. Parties to be notified.

                                            - Secretary