IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                June 14, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MARIA ZUKOWSKI

vs                                    CIVIL 98-2211CCC

ST. LUKE HOME CARE PROGRAM, et al

By order of the Court, the Motion Requesting Extension of Time to Answer Motio for Summary Judgment (**docket entry 33**) is GRANTED as requested. Parties to be notified.

*hd* - Secretary

s/c: L. Rodriguez
C Fernández
J Chévere

JUN 1 5 2000