UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ZUKOWSKI

    Plaintiff(s)

        v.                    CIVIL NUMBER: 98-2211 (JAG)

ST. LUKE HOME CARE PROGRAM, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/03/00<br>**Title:** Motion Requesting Brief Extension of Time to Answer Motion for Summary Judgment<br>**Docket**: 37<br>[X] Plffs  [ ] Defts  [ ] Other | **MOOT.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/21/00<br>**Title:** Motion Requesting Extension of Time to Review and Sign Transcription of Deposition and to Answer Motion for Summary Judgment<br>**Docket**: 38<br>[x] Plffs  [ ] Defts  [ ] Other | **GRANTED.** The plaintiff shall submit its opposition by September 15, 2000. |

Date: 09/05/00

                                  JAY A. GARCIA-GREGORY
                                  U.S. District Judge