UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**          DATE: SEPTEMBER 29, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CIVIL 98-2211 (JAG)**

================================================================

MARIA ZUKOWSKI                         Attorneys:
                                       For Plaintiffs:

       VS
                                       For Defendant:
ST. LUKES HOME CARE
PROGRAM


================================================================

Codefendant St Lukes Home Care Program has filed a motion #41 requesting continuance of the pretrial conference set for October 5, 2000. The motion is hereby granted and the pretrial conference is hereby rescheduled for **THURSDAY, NOVEMBER 30, 2000 at 10:30 AM**

Parties to be notified.

                                       _____
                                       By:  LILY ALICEA
                                            COURTROOM DEPUTY