UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ZUKOWSKI

Plaintiff(s)

v.  CIVIL NUMBER: 98-2211 (JAG)

ST. LUKE HOME CARE PROGRAM; ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date: 09/25/00<br>Title: Motion Requesting Leave to File Reply<br>Docket: 43<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** Reply should be filed by October 11, 2000. |

Date: 09/29/00

JAY A. GARCIA-GREGORY
U.S. District Judge