UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: DECEMBER 29, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**            **CASE NO. CIVIL 98-2211 (JAG)**

==================================================================

MARIA ZUKOWSKI                              Attorneys:
                                            For Plaintiffs:

         VS
                                            For Defendant:
ST. LUKES HOME CARE
PROGRAM

==================================================================

By Order of the Court the Pretrial conference in the above-mentioned case set for Thursday, November 30, 2000 at 10:30 AM is hereby vacated and set aside.

Parties to be notified.

                                    _____
                                         LILY ALICEA
                                       COURTROOM DEPUTY

