UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ZUKOWSKI

    Plaintiff(s)

       v.                      CIVIL NUMBER: 98-2211 (JAG)

ST. LUKE HOME CARE PROGRAM; ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 04/30/01<br>**Title:** Reply to Supplemental Motion Requesting Court to Take Notice of Additional Uncontested Facts Supporting Summary Judgment from Defendant<br>**Docket:** 50<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | Plaintiff's request in its reply to defendant's supplemental motion is **denied**. |

Date: May 7, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

