UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 APR 23  AM 10: 34

RECEIVED AND FILED

MARIA ZUKOWSKI

    **Plaintiff(s)**

    v.       **CIVIL NO.**   98-2211 (JAG)

ST. LUKE HOME CARE PROGRAM, et al

    **Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date:** 04/08/02<br>**Title:** Motion for Withdrawal of Attorney<br>**Docket:** 53 | **GRANTED.** |

[X] **Plffs**   [ ] **Defts**   [ ] **Other**

---

**Date:** April 19, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

