IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ZUKOWSKI,

    Plaintiff

v.         CIVIL NO. 98-2211 (JAG)

ST. LUKES HOME CARE PROGRAM,
et al.

    Defendants

---

## JUDGMENT

Pursuant to the Opinion and Order entered on this date, the Court enters judgment **dismissing** the Complaint against defendant St. Lukes Home Care Program **in its entirety**. The supplemental state law claims are **dismissed without prejudice.**

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of May 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge

