IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ZUKOWSKI

    Plaintiff

    v.                           CIVIL NO. 98-2211 (JAG)

ST. LUKES HOME CARE PROGRAM,

    Defendants

| MOTION | ORDER |
|---|---|
| **Date Filed:** 5-06-02<br>**Title:** Request for Leave to Conduct Additional Discovery to File Supplemental Opposition to Motion for Summary Judgment<br>**Docket:** 56<br>[X] Plffs   [] Defs<br>[ ] Other | **DENIED.** An opinion and order was filed in this case disposing of the same in its entirety. |

Date:    May 14, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

