# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2002 NOV 21  AM 11:42
RECEIVED AND FILED

ZUKOWSKI
    **Plaintiff(s)**

v.    CIVIL NO. 98-2211 (JAG)

ST. LUKES HOME CARE
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 5/24/2002<br>**Title:** Motion to Accept Spanish Documents<br>**Docket(s):** 60 | GRANTED. |
| X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | |

Date: November 15, 2002

*[signature]*
JAY A. GARCIA-GREGORY
U.S. District Judge



